IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CURTIS L. ANDERSON, #141707, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | CASE NO. 2:11-CV-692-WHA |
| ) | |
| LT. LOCKETT, et al., ) | |
| ) | |
| Defendants. ) | |

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

This case is before the court on a 42 U.S.C. § 1983 complaint filed by Curtis L. Anderson, a state inmate, in which he challenges the amount of time that he is allowed access to the prison law library. Upon initiation of this case, Anderson did not pay the required $350.00 filing fee, nor did he submit an affidavit in support of a motion for leave to proceed *in forma pauperis*. Accordingly, the court entered an order requiring Anderson to provide the the required information on or before September 15, 2011. *Order of August 26, 2011 - Court Doc. No. 2* at 1-2. The court specifically cautioned Anderson that failure to comply with this order would result in a recommendation that this case be dismissed. *Id*. at 2.

As of the present date, Anderson has filed nothing in response to the aforementioned order. The court therefore concludes that this case is due to be dismissed.

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case be dismissed without prejudice for Anderson's failure to provide the court with necessary

financial information in compliance with the orders of this court.

It is further

ORDERED that on or before October 12, 2011, the parties may file objections to the Recommendation. Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation objected to. Frivolous, conclusive or general objections will not be considered by the District Court. The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and recommendations in the Magistrate Judge's report shall bar the party from a de novo determination by the District Court of issues covered in the report and shall bar the party from attacking on appeal factual findings in the report accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982); *Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982); *Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981, *en banc*) (adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981).

DONE, this 28th day of September, 2011.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE