IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CURTIS L. ANDERSON, #141707, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2;11cv692-WHA |
| LT. LOCKETT, et al., | ) |
| Defendants. | ) |

**ORDER AND OPINION**

On September 28, 2011, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 3). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that this case is DISMISSED without prejudice for Anderson's failure to provide the court with necessary financial information in compliance with the orders of this court.

Done this the 18th day of October, 2011.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE